IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HILDEGARD GUNN,

    Plaintiff,

  v.

SUTTER HOME WINERY, INC.,
TRINCHERO FAMILY ESTATE, INC.,
dba SUTTER HOME WINERY, INC.,
and DOES 1 through 50, inclusive,

    Defendants.

No. C 05-01835 WHA

**ORDER RE
DISCOVERY DISPUTE**

    Give the death of Mr. Jennings' son (and paralelgal), there was substantial justification for the deadline lapse and defense counsel were unreasonable to reject his request for more time. Counsel shall meet-and-confer before the hearing on Wednesday and propose (at the hearing) a new schedule to accommodate the tragedy.

    As for the August 10 letter re Dr. Alpert, defense counsel should make sure Dr. Alpert is present at the August 16 hearing (in person in the courtroom).

**IT IS SO ORDERED.**

Dated: August 14, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE