1  TIMOTHY J. LONG  (STATE BAR NO. 137591)
2  MARY K. NEBGEN  (STATE BAR NO. 217451)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814-4407
4  Telephone: (916) 329-4944
   Facsimile: (916) 329-4900

5  Attorneys for Defendant
   SUTTER HOME WINERY, INC.
6

7  LEO F. DONAHUE (STATE BAR NO. 114484)
   LEO F. DONAHUE, INC.
8  11344 Coloma Road, Suite 160
   Gold River, CA  95670
9  Telephone:  (916) 859-5999
   Facsimile:  (916) 859-5984
10
   Attorneys for Plaintiff
11 HILDEGARD GUNN

12                     UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
14

15 | HILDEGARD GUNN,                              | Case No.  CIV. C05-01835 WHA |
16 |                                              |                              |
17 |           Plaintiffs,                        | **STIPULATION AND [PROPOSED]** |
   |                                              | **ORDER REGARDING MENTAL**   |
18 |     v.                                       | **EXAMINATION OF PLAINTIFF** |
   |                                              | **HILDEGARD GUNN**           |
19 | SUTTER HOME WINERY, INC.;                    |                              |
   | TRINCHERO FAMILY ESTATE, Inc. dba            |                              |
20 | SUTTER HOME WINERY, INC. and DOES            |                              |
   | 1 through 50, inclusive,                     |                              |
21 |                                              |                              |
   |           Defendants.                        |                              |

OHS West:260087066.1

CASE NO. CIV. C05-01835 WHA
STIPULATION AND [PROPOSED] ORDER RE MENTAL
EXAMINATION OF PLAINTIFF HILDEGARD GUNN

1  Pursuant to Federal Rule of Civil Procedure 35, plaintiff Hildegard Gunn ("Plaintiff") and defendant Sutter Home Winery, Inc. ("Defendant"), through their respective counsel, hereby agree and stipulate to a mental examination of Plaintiff in accordance with the following:

1. Plaintiff shall submit to a psychiatric examination by Dr. John Zeitz, a board-certified psychiatrist, from 8:30 a.m. to 12:30 p.m. on October 5, 2006, and from 8:30 a.m. to 12:30 p.m. on October 6, 2006, at Dr. Zeitz's offices located at 2471 Washington Street, San Francisco, California 94115; telephone number (415) 567-1602;

2. Plaintiff shall submit to a psychological examination by Dr. William Hooker, a board-certified psychologist, from 1:30 p.m. to 4:30 p.m. on October 5, 2006, at Dr. Hooker's offices located at 350 Parnassus, Suite 309, San Francisco, California 94117; telephone number (415) 665-1875.

3. The examination, performed in part by Dr. Zeitz and in part by Dr. Hooker, will include psychological testing, examination, interview and evaluation to determine whether Plaintiff is suffering, or has suffered, from any mental or emotional disorder, the diagnosis of any such disorder and whether such disorder, if any, is attributable to the conduct of Defendant.

4. The examination by Dr. Zeitz will last approximately six (6) hours and the examination by Dr. Hooker will last approximately three (3) hours;

5. Counsel for the parties shall not be present during the examination;

6. The expenses of such examinations shall be borne by Defendant;

///
///
///
///
///
///
///
///

7. In accordance with Plaintiff's counsel's request and Federal Rule of Civil Procedure 35(b), reports of any psychiatric and/or psychological examination setting out findings, including results of all tests made, diagnoses and conclusions, shall be provided to Plaintiff's counsel pursuant to Federal Rule of Civil Procedure 35(b).

Dated: September 6, 2006

TIMOTHY J. LONG
MARY K. NEBGEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/S/_____
MARY K. NEBGEN
Attorneys for Defendant
SUTTER HOME WINERY, INC.

Dated: September 7, 2006

LEO F. DONAHUE, INC.

_____/S/_____
LEO F. DONAHUE
Attorneys for Plaintiff
HILDEGARD GUNN

IT IS SO ORDERED.

DATED: September 11, 2006

IT IS SO ORDERED
Judge William Alsup

_____
Hon. William H. Alsup
United States District Court

OHS West:260087066.1

- 2 -

CASE NO. CIV. C05-01835 WHA
STIPULATION AND [PROPOSED] ORDER RE MENTAL
EXAMINATION OF PLAINTIFF HILDEGARD GUNN