1  Leo F. Donahue, Esq. - SB#114484
   LEO F. DONAHUE, INC.
2  11344 Coloma Road, Suite 160
   Gold River, California 95670
3  Tel: (916) 859-5999
   Fax: (916) 859-5984
4  Email: donahue@lfdlaw.net

5  Martin E. Jennings, Esq. - SB#040876
   217 Jefferson Street
6  Roseville, California 95678
   Tel: (916) 791-2374
7  Fax: (916) 791-3195
   Email: jvj@surewest.net
8

9  Attorneys for Plaintiff
   HILDEGARD GUNN

10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | HILDEGARD GUNN,                    )   CASE NO.  C 05-01835 WHA
                                        )
16 |         Plaintiff,                 )   **STIPULATION AND ORDER OF**
                                        )   **DISMISSAL**
17 | v.                                 )
                                        )
18 | SUTTER HOME WINERY, INC.;          )
     TRINCHERO FAMILY ESTATE, INC.      )
19 | dba SUTTER HOME WINERY, INC.       )
     and DOES 1 through 50,             )
20 | inclusive,                         )
                                        )
21 |         Defendants.                )
     _____    )
22

23      IT IS STIPULATED between the parties and the Court may order

24  that:

25      1.   The parties have come to a full settlement of all

26           issues concerning the complaint which has been

27           memorialized in a Settlement Agreement and Release of

28           All Claims;

**STIPULATION AND ORDER OF DISMISSAL**                                    hg010.pld
                                    1

2. Each party will bear its own attorneys fees and costs; and,

3. The case, in its entirety, may be dismissed with prejudice.

Dated: September 27, 2006    LEO F. DONAHUE, INC.

s/Leo F. Donahue
LEO F. DONAHUE, Esq.
Attorney for Plaintiff,
HILDEGARD GUNN

Dated: September 27, 2006    ORRICK, HERRINGTON & SUTCLIFFE, LLP

s/ Timothy J. Long
TIMOTHY J. LONG, Esq.
Attorney for Defendant,
SUTTER HOME WINERY, INC.

IT IS SO ORDERED.

Dated: September 27, 2006

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

**STIPULATION AND ORDER OF DISMISSAL**    hg010.pld
2